UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HICA Education Loan Corporation,                    Civil No. 12-1515 (DWF/AJB)

      Plaintiff,

v.                                                  **ORDER ADOPTING REPORT AND RECOMMENDATION**

Anthony Battaglia,
a/k/a Anthony S. Battaglia,

      Defendant.

The above matter comes before the Court upon the Report and Recommendation of Chief United States Magistrate Judge Arthur J. Boylan dated October 22, 2012. (Doc. No. 13.) No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

## ORDER

**IT IS HEREBY ORDERED** that Defendant Anthony Battaglia's Motion to Dismiss (Doc. No. [3]) is **DENIED**.

Dated: November 15, 2012    s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge