UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HICA Education Loan Corporation, | Civil No. 12-1515 (DWF/AJB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Anthony Battaglia a/k/a Anthony S. Battaglia, | |
| Defendant. | |

Ronald E. Seanor, Esq., and Kevin K. Stroup, Esq., Stoneberg Giles & Stroup, PA, counsel for Plaintiff.

Paul C. Peterson, Esq., Lind Jensen Sullivan & Peterson, PA, counsel for Defendant.

The above matter comes before the Court upon the Report and Recommendation of Chief United States Magistrate Judge Arthur J. Boylan dated January 7, 2013.  No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.  Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

# ORDER

1. Chief Magistrate Judge Arthur J. Boylan's January 7, 2013 Report and Recommendation (Doc. No. [18]) is **ADOPTED**.

2. Plaintiff HICA Education Loan Corporation's Motion for Judgment on the Pleadings under Rule 12(c) (Doc. No. [8]) is **DENIED**.

Dated:  January 24, 2013           s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge